**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:17-cv-02458-RBJ

NICHOLAS E. CALVERT,
MICHAEL MONTOYA, and
PAUL C. URODA, on their own behalf and on
behalf of all others similarly situated,

      Plaintiffs,

v.

XCEL ENERGY, INC. and
PUBLIC SERVICE COMPANY OF COLORADO,
INC. d/b/a XCEL ENERGY,

      Defendants.

---

**[PROPOSED]**
**ORDER OF FINAL APPROVAL OF SETTLEMENT AND DISMISSAL WITH**
**PREJUDICE OF THE CLASS AND COLLECTIVE ACTION**

---

1.      The parties have jointly moved the Court, pursuant to Federal Rules of Civil Procedure 23(e) and (g), for an order granting final approval of the class and collective action settlement agreement ("Agreement" or "Settlement Agreement") [ECF 22-1], which this Court preliminarily approved by Order dated October 10, 2018 [ECF 23].

2.      Based on its review of the file, records, and submissions, this Court preliminarily determined that the proposed settlement was fair and reasonable.  Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, this Court also scheduled a Fairness Hearing on February 15, 2019 to further discuss the terms of the settlement and to provide an opportunity for any objections to be heard [ECF 25].

3.    Counsel for Plaintiffs has advised that 91.4% of the class members affirmatively decided to opt-in to the proposed settlement of the Fair Labor Standard Act ("FLSA") claims at issue.  One individual requested exclusion from the Rule 23 settlement.  No class members objected to the proposed Settlement Agreement, and the class members' response to the proposed Settlement Agreement has been positive.

4.    The Agreement provides for class counsel attorneys' fees and costs in an amount of no more than $210,000, which is equal to 15% of the Settlement Fund.

5.    The Agreement further provides for incentive awards to Named Plaintiffs Calvert, Montoya and Uroda in the amount of ten thousand dollars  ($10,000) each.

6.    The proposed settlement, as set forth in the Agreement, including the award of attorneys' fees and the incentive award to the above-mentioned Named Plaintiffs, is approved. This Court finds that the Settlement, as set forth in the Agreement executed by the parties, is fair, reasonable, and adequate within the meaning of Fed. R. Civ. P. 23(e)(2), under applicable federal laws, including the FLSA, and state laws.  The Court finds that the uncertainty and delay of further litigation strongly supports the reasonableness and adequacy of the settlement amount established pursuant to the Settlement Agreement.

IT IS HEREBY ORDERED, that this Court has jurisdiction over the subject matter of this litigation, and over all parties to this litigation, including all member of the class.

FURTHER, that for purposes of this Order, all terms not otherwise defined herein shall have the same meanings set forth in the Agreement.

FURTHER, that this Court hereby approves the settlement, as set forth in the Settlement Agreement, in its entirety and directs implementation of all its terms and provisions.

FURTHER, that Plaintiffs and all other class members who have not properly and timely exercised their opt-out rights in this lawsuit are hereby conclusively deemed to have released or discharged Defendants from, and are permanently enjoined and barred from asserting, either directly or indirectly, against Defendants, any and all claims released in the Settlement Agreement. All such matters are hereby finally concluded, terminated and extinguished.

FURTHER, that the parties are directed to effectuate distribution of the settlement funds to the class members as set forth in the Settlement Agreement.

FURTHER, that Class Counsel is awarded $210,000 in attorneys' fees.

FURTHER, that the Names Plaintiffs Calvert, Montoya, and Uroda shall each receive an incentive award of $10,000.

FURTHER, that this action is DISMISSED WITH PREJUDICE with each party to bear their own attorneys' fees, expenses, and costs except as set forth herein.

FURTHER, that without affecting the finality of this judgment in any way, this Court hereby retains jurisdiction over consummation and performance of the settlement agreement.


_____
Hon. Robert Brooke Jackson
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document electronically through the CM/ECF system, which caused all parties entitled to service to be served by electronic means including:

Ryan Paul Lessmann
Jackson Lewis, P.C.-Denver
950 17th Street
Suite 2600
Denver, CO 80202
303-892-0404
303-892-5575 (fax)
lessmannr@jacksonlewis.com

Stephanie Leigh Adler-Paindiris
Jackson Lewis, P.C.-Orlando
390 North Orange Avenue
Suite 1285
Orlando, FL 32801
407-246-8409
407-546-8441 (fax)
Stephanie.Adler-Paindiris@jacksonlewis.com

*/s/ Antoinette Vega*
Antoinette Vega

4812-6056-4360, v. 1